**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ALI IRFAN** | **CASE NO.  6:25-CV-01360 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KRISTI NOEM, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 14), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED**.  Petitioner must be released within five (5) business days.  The parties must file a notice of compliance within 24 hours of Petitioner's release.

**THUS, DONE AND SIGNED** in Chambers this 6TH day of April, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE